Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binaymin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff*

Gregory F. Hurley, SBN 126791
ghurley@sheppardmullin.com
Michael J. Chilleen, SBN 210704
mchilleen@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER, & HAMPTON LLP**
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626
Telephone: (714) 513-5100
Facsimile: (714) 513-5130

*Attorneys for Defendant,*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGHAN DOWNING, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>TAPESTRY, INC. d/b/a COACH, a Maryland Corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO.:　2:21-cv-06381-MCS-GJS<br><br>*Assigned to Hon. Mark C. Scarsi*<br><br>**JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER** |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Meghan Downing ("Plaintiff"), and Defendant Tapestry, Inc. d/b/a Coach ("Defendant"), stipulate and jointly request that the Court enter a dismissal with prejudice as to Plaintiff's claims and without prejudice as to the claims of the purported class. Each party shall bear her or its own costs, experts' fees, attorneys' fees, and attorneys' expenses.

Respectfully Submitted,

DATED: April 26, 2022       **WILSHIRE LAW FIRM**

By: */s/ Thiago M. Coelho*
Thiago M. Coelho
*Attorneys for Plaintiff*

DATED: April 26, 2022       **SHEPPARD, MULLIN, RICHTER, & HAMPTON LLP**

By: */s/ George F. Hurley*
Gregory F. Hurley
*Attorneys for Defendant,*
TAPESTRY, INC. d/b/a COACH

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4 (a)(2)(ii), the filers of this report attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 26, 2022                          By: */s/ Thiago M. Coelho*
                                                   Thiago M. Coelho

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER